IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL MARCUS, | No. C14-03769 CRB |
| Petitioner | **ORDER DIRECTING RESPONSE** |

Petitioner Michael Marcus has filed[1] a Petition for New Discovery (dkt. 19), which asserts that he has uncovered "exculpatory evidence" involving a detective who worked on his case. Pet. at 3. Petitioner seeks "permission to file a new habeas claim or an amended claim to the pending habeas petition with a stay in abeyance until State remedy is exhausted, and a request for a speedy process of state exhaustion." Id. at 4. Respondent is hereby DIRECTED to respond to Petitioner's request within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: September 3, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] For reasons unknown to this Court, Petitioner filed this request pro per, although he is represented by counsel John Frederick Lee and Timothy Elwood Gomes in this case.