IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICHAEL MARCUS, | No. C14-03769 CRB |
| Petitioner | **ORDER GRANTING MOTION TO WITHDRAW** |
| _____ / | |

The Court hereby GRANTS the unopposed Motion by counsel for Petitioner Michael Marcus to withdraw from his representation.  Petitioner shall proceed pro per.

**IT IS SO ORDERED.**

Dated: July 15, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE